IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                         CASE NO.:   4:08cr34-SPM

BOBBY ALBERT MCGEE,

      Defendant.
_____/

### ORDER DIRECTING CLERK TO RETURN PAPERS UNDER RULE 20(c)

This case was transferred under Rule 20 from the Western District of Tennessee to allow for Defendant to plead guilty to the charges in this case and in case number 4:07cr72 as part of an agreement negotiated with the Government.  That agreement has broken down and Defendant has elected to proceed to trial.

The Government has filed a motion to send this case back to the Western District of Tennessee.  Doc. 14.  Under the terms of Rule 20, this Court does not have jurisdiction to preside over a trial of this case and this case must be returned to the Western District of Tennessee.  Accordingly, it is

ORDERED AND ADJUDGED:

1.      The motion (doc. 14) is granted.

2.      The Clerk shall return the papers transferred to this Court to the

Western District of Tennessee as required under Rule 20(c).

DONE AND ORDERED this 12th day of September, 2008.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge

CASE NO.:  4:08cr34-SPM